**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LAWRENCE HOWARD, | ) | NO. CV 15-1473-RSWL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MR. DAVE DAVEY, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 20, 2015.

*RONALD S.W. LEW*
_____
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE